

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-17-00345-CV

| | | |
|---|---|---|
| Season Jennifer Weeter | § | From County Court at Law No. 1 |
| v. | § | of Tarrant County (2017-004166-1) |
| | § | August 16, 2018 |
| NAPA Ventures Woodbridge, LLC d/b/a Woodbridge Townhomes | § | Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the case should be dismissed as moot. It is ordered that the trial court's judgment is vacated and that the case is dismissed as moot.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
Justice Elizabeth Kerr